IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 4:14cr77-MW/CAS

FREDERICK BUSH,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 131. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 97, is **DENIED**. A Certificate of Appealability is **DENIED**. Defendant/Petitioner's Motion for Evidentiary Hearing, ECF No. 132, is **DENIED**." The Clerk shall also close the file.

**SO ORDERED** on April 6, 2020.

                                              s/ MARK E. WALKER
                                              **Chief United States District Judge**