IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No.: 4:14cr77-MW/MAF

**FREDERICK BUSH,**

*Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No.131. This Court has extended Defendant's deadline to file any objections to the report and recommendation on seven separate occasions. ECF Nos. 148, 152, 153, 155, 157, 159, & 161. BOP has not returned as undeliverable this Court's most recent order extending the deadline to file objections to July 8, 2021. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation, ECF No. 131, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating "Defendant Bush's motion to vacate, set aside, or correct sentence, ECF No. 97, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 14, 2021.**

s/Mark E. Walker  
**Chief United States District Judge**